# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Charles Graham, | Case No. 21-cv-246 (MJD/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| U.S. Marshal, et al., | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge David T. Schultz dated April 2, 2021. [Doc. No. 8] Petitioner has filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED**:

1. Petitioner William Charles Graham's amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 4] is **DENIED**.

2. Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 7] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2021                <u>s/Michael J. Davis</u>
                                                                 Michael J. Davis
                                                                 United States District Court